**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADIDAS AG and ADIDAS AMERICA, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNDER ARMOUR, INC. and ) <br> MAPMYFITNESS, INC., ) <br> ) <br> Defendants. ) | C.A. No. 14-130-GMS <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION TO INCREASE PAGE LIMITS**

WHEREAS Plaintiffs adidas AG and adidas America, Inc. (collectively, "Plaintiffs") have asserted 60 claims across 12 patents against Defendants Under Armour, Inc. and MapMyFitness, Inc. (collectively, "Defendants");

WHEREAS the parties submitted the Final Joint Claim Chart (D.I. 76) on February 18, 2015 identifying 23 terms for construction;

WHEREAS the parties believe an increase in page limits is necessary to adequately address the claim terms requiring construction in this matter;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendants, subject to the approval of the Court, that the page limits for the opening and answering claim construction briefs shall be increased to 25 pages each.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By:  */s/ Jack B. Blumenfeld*  <br>   Jack B. Blumenfeld (#1014)  <br>   1201 North Market Street  <br>   P.O. Box 1347  <br>   Wilmington, DE  19899  <br>   Tel:  (302) 658-9200  <br>   jblumenfeld@mnat.com  <br><br>*Attorneys for Plaintiffs* | By:  */s/ David E. Moore*  <br>   Richard L. Horwitz (#2246)  <br>   David E. Moore (#3983)  <br>   Bindu A. Palapura (#5370)  <br>   Hercules Plaza, 6th Floor  <br>   1313 N. Market Street  <br>   Wilmington, DE  19801  <br>   Tel:  (302) 984-6000  <br>   rhorwitz@potteranderson.com  <br>   dmoore@potteranderson.com  <br>   bpalapura@potteranderson.com  <br><br>*Attorneys for Defendants* |

Dated: February 19, 2015
1181829/ 41293

 IT IS SO ORDERED this ____ day of _____, 2015.

 _____
 U.S.D.J