IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADIDAS AG and ADIDAS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNDER ARMOUR, INC. and <br> MAPMYFITNESS, INC., <br><br> Defendants, | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 14-130-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

At Wilmington, this 23rd day of February 2015, IT IS HEREBY ORDERED that:

1. The parties' Stipulation to Increase Page Limits (D.I. 78) is DENIED;

2. The parties shall not exceed **ten (10) terms for construction**. Issues concerning claim indefiniteness can be addressed via summary judgment resolution and should not be presented for construction;

3. The parties shall submit an updated Joint Claim Construction Chart. The parties may seek leave to amend the briefing schedule for claim construction, so long as any amendments do not interfere with the assigned date for the *Markman* hearing on May 6, 2015.

UNITED STATES DISTRICT JUDGE