IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADIDAS AG, | ) |
|       Plaintiff, | ) ) ) C.A. No. 14-130-GMS |
| v. | ) ) **JURY TRIAL DEMANDED** |
| UNDER ARMOUR, INC. and MAPMYFITNESS, INC., | ) ) ) |
|       Defendants. | ) |

## MOTION TO MODIFY THE COURT'S CLAIM CONSTRUCTION ORDER

MapMyFitness, Inc. and Under Armour, Inc. (collectively, "Defendants") respectfully move the Court to modify the Court's Claim Construction Order of June 15, 2015 (D.I. 161) such that the construction of "route path" in claims 1 and 11 of U.S Pat. No. 8,068,858 requires that a "route path" be predetermined. The legal and factual bases for this limited change are fully set forth in Defendants' Memorandum Of Points And Authorities In Support Of Their Motion To Modify The Court's Claim Construction Order, filed contemporaneously herewith.

Pursuant to D. Del. LR 7.1.1, counsel for parties met and conferred; Plaintiff will oppose this motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Brian E. Ferguson
Anish Desai
Robert T. Vlasis
David M. DesRosier
Christopher Marando
Sutton W. Ansley
Zachary Garthe
Stephen Bosco
WEIL GOTSHAL & MANGES, LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 682-7000

Dated: October 22, 2015
1207253 / 41293

By: /s/ David E. Moore
　　Richard L. Horwitz (#2246)
　　David E. Moore (#3983)
　　Bindu A. Palapura (#5370)
　　Stephanie E. O'Byrne (#4446)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, DE 19801
　　Tel: (302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com
　　bpalapura@potteraderson.com
　　sobyrne@potteranderson.com

*Attorneys for Defendants Under Armour, Inc. and MapMyFitness, Inc.*